**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY JEROME YOUNG,<br><br>        Petitioner,<br><br>    v.<br><br>DANIEL E. CUEVA, Warden (A),<br><br>        Respondent. | NO. CV 20-8304-CJC(E)<br><br><br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 15, 2020.

_/s/ Cormac J. Carney_

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE