JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANNY JEROME YOUNG, | ) | NO. CV 20-8304-CJC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANIEL E. CUEVA, Warden (A), | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 1, 2021.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE